United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-11029-mdc
Tonneh Tokpah                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv                 Page 1 of 4                Date Rcvd: Mar 07, 2017
                              Form ID: 309I             Total Noticed: 178

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2017.
```
db          +Tonneh Tokpah,    Philadelphia,    5343 Arlington St,    Philadelphia, PA 19131-3237
13866459    +ATema Addy,    5652 Windsor Ave,    Philadelphia, PA 19143-4727
13866444     Abrahim Sidee,    13387 Fairmont St,    Whitehall, PA 18052
13866445    +Adousha Moore,    320 Vanderbilt Ave,    Apt 3S,    Staten Island, NY 10304-3563
13866447    +Agnes Dagbe,    46757 HobbleBush Ter,    Sterling, VA 20164-7021
13866448    +Ajuah Neufville,    3229 Morrel Ave,    Philadelphia, PA 19114-1115
13866449    +Alex Garkpah,    117-06 164th St,    Fl1,    Jamaica, NY 11434-5735
13866450    +Alexander Garkpah,    117-06 164th St,    #1,    Jamaica, NY 11434-5735
13866451    +Alice Nyekan,    1026 Merchant St,    Coatesville, PA 19320-3392
13866452    +Alma Smith,    10769 WHippoonwill Lane,    Indianapolis, IN 46231-1010
13866453    +Amanda Clarke,    15 Clark St,    Bridgeport, CT 06606-3541
13866454    +Amos Neuta,    4533 Bleigh Ave,    Philadelphia, PA 19136-4005
13866455    +Angeline Sonpon,    6406 Buist Ave,    Philadelphia, PA 19142-3015
13866456    +Anna Dennis,    131 Greenland Dr,    Lancaster, PA 17602-3385
13866458     Arthurline Tucker,    435 Beverly Blvd,    Levittown, PA 19057
13866460    +Bandu Kannie,    3085 Elsa Ave,    Waldorf, MD 20603-4017
13866462    +Bankole Large,    14101 Sullyfield Cir,    Ste 340,    Chantilly, VA 20151-1625
13866463    +Beatrice Avery,    3514 Joel Turner Dr,    Charlotte, NC 28216-7637
13866464    +Beatrice Kortu,    6767 W Butler Dr,    Apt 359,    Glendale, AZ 85302-5554
13866465    +Berma Findley,    412 Ann Moore St,    Dover, DE 19904-4002
13866467    +Boyo Boima,    7652 Wyndale Ave,    Philadelphia, PA 19151-2707
13866468    +Cecelia Mendin,    7058 Reedland St,    Philadelphia, PA 19142-1716
13866469    +Chanor Joe,    413 Community Lane,    Coatesville, PA 19320-3746
13866470    +Charles Coleman,    2544 Ashford St,    Philadelphia, PA 19153-1409
13866472    +Chidi Duruh,    2902 South 62nd St,    Philadelphia, PA 19142-3406
13866473    +Chris Barclay,    6325 Belair Rd,    Baltimore, MD 21206-1839
13866478    +Combay Johnson,    435 Beverly Blvd,    Upper Darby, PA 19082-3714
13866479    +Comfort Itoka,    121-47 238th St,    Rosedale, NY 11422-1043
13866480    +David Grigsby,    242 Carlyn Ct,    Downingtown, PA 19335-4202
13866481    +David Wesseh,    103 Norwood House Rd,    Downingtown, PA 19335-2323
13866482    +Deepeh Gbor,    7251 Calvin Rd,    Upper Darby, PA 19082-3403
13866483    +Delene Brown,    444 Clifton Ave,    Sharon Hill, PA 19079-2027
13866485    +Dodey Russell,    15301 Praire Ave,    Apt9,    Lawndale, CA 90260-2258
13866486    +Dorothy Chea,    516 E Clarkson Ave,    Philadelphia, PA 19120-2622
13866487    +Edith Walleeken,    3600 West 12th St,    Marcus Hook, PA 19061-5302
13866488    +Edwin B. Barclay,    11402 Wheaton Hill Dr,    Silver Spring, MD 20902-2720
13866489    +Edwin Harmon,    4844 Tamarack Blvd,    Columbus, OH 43229-5684
13866490    +Estella Somah,    250 Beverly Blvd,    Apt B104,    Upper Darby, PA 19082-4513
13866491   #+Esther Bono,    512 N 54th St,    Philadelphia, PA 19131-4909
13866492    +Esther Scell,    933 Yeadon Ave,    Lansdowne, PA 19050-3712
13866493    +Ethel Manyeah,    161 Wayne Ave,    Darby, PA 19023-3824
13866494    +Eugenia Burphy,    933 Downing Rd,    Valley Stream, NY 11580-1508
13866495    +Evelyn Kayee,    4303 Wells Dr,    Parlin, NJ 08859-1305
13866496    +Evelyn Watson,    6130 Kingsessing Ave,    Philadelphia, PA 19142-2426
13866497     Fallah Maakundu,    1483 Ranger Loop,    Apt 204,    Arlington, VA 22219
13866498    +Famatta Cooper,    7288 Woodland Ave,    Philadelphia, PA 19142-1012
13866499    +Famatta Koenig,    999 Heather Ridge Dr,    Frederick, MD 21702-1434
13866500    +Fatu Kanneh,    3616 Pear Tree Ct,    Apt 44,    Silver Spring, MD 20906-5513
13866501    +Fatu Manobah,    1301 Mickley Rd,    Apt B8,    Whitehall, PA 18052-4613
13866502    +Fatuma George,    4649 Paul St,    Apt 607,    Philadelphia, PA 19124-3358
13866503   #+Foday Sirleaf,    1211 Gilham St,    Philadelphia, PA 19111-5521
13866504    +Fred Coffee,    10900 Civic Center Dr,    Rancho Cucamonga, CA 91730-7699
13866505    +G Toweh Williams,    5519 Miriam Rd,    Philadelphia, PA 19124-1715
13866508    +GArmai Johnson,    18 Blue Spruce Dr,    Bear, DE 19701-4128
13866506    +Gail Boague Harrison,    167 New York Ave,    Apt 17E,    Newark, NJ 07105-2027
13866507    +Gajay Ananaba,    3100 Grant Avr,    Apt B331,    Philadelphia, PA 19114-2534
13866509   #+Gee Deh,    113 South McDade Blvd.,    Darby, PA 19023-1506
13866510    +Gertrude King,    333 Alder Rd,    Dover, DE 19904-4819
13866511    +Gertrude Morgan,    1600 Garret Rd,    Apt B11,    Upper Darby, PA 19082-4408
13866512    +Gleneda Richards,    1401 Elfin Ct,    Frederick, MD 21703-2220
13866513    +Gloria Paasewe,    660 Shellbark Dr,    Concord, NC 28025-9038
13866514    +Hawa Blackett,    43456 Jubilee St,    Chantilly, VA 20152-2519
13866515    +Hawa Sarnor,    1127 Cretsview Rd,    Darby, PA 19023-1110
13866516    +Hellen Tamba,    2211 Lansing St,    Philadelphia, PA 19152-3709
13866517    +Ida Wilson,    27 Warren St,    Brentwood, NY 11717-1530
13866519    +Jackson Broplep,    324 Levick St,    2nd Fl,    Philadelphia, PA 19111-5636
13866520    +Jamesetta Gilayeneh Smith,    1540 Warwick Ave,    Folcroft, PA 19032-1327
13866521    +Janet Queh,    21 Parkway Dr,    Coatesville, PA 19320-3947
13866522    +Janvier Richrds,    14101 Castle Blvd,    Apt 401,    Silver Spring, MD 20904-4735
13866523    +Jeanette Siaway,    340 Ruckman Rd,    Hillsdale, NJ 07642-1720
13866524    +Jenebu Konneh,    116 N 9th St,    Darby, PA 19023-2201
13866525    +Jeremiah Weah,    226 Sparks St,    Philadelphia, PA 19120-1417
13866526   #+Jonathan Gayechuway,    9726 Country Shadow,    San Antonio, TX 78254-5906
13866527    +Jonathan Toomey,    2221 Dermont Ave,    Upper Darby, PA 19082-5403
```

```
District/off: 0313-2                  User: dlv                    Page 2 of 4                   Date Rcvd: Mar 07, 2017
                                      Form ID: 309I                Total Noticed: 178


13866528      +Joseph Davies,    1626 Kingsway Rd,    Baltimore, MD 21218-1612
13866529      +Josephine Whartenby,    6462 Neshaminy Valley Dr,    Bensalem, PA 19020-1211
13866530      +Kelelu Kromah,    4618 Stonebridge La,    Virginia Beach, VA 23462-7276
13866531      +Kermah Gbatu,    1706 A Severn Rd,    Severn, MD 21144-1001
13866532      +Kona Zarpele,    3750 Morrel Ave,    Apt A,   Philadelphia, PA 19114-1939
13866534      +Korto Fasu,    7058 Reedland St,    Philadelphia, PA 19142-1716
13866535       Lillian Taylor,    2408 Battersea Place,    Apt 402,    Windsor Mill, MD 21244
13866536      +Linda Williams,    8207 Greenspire Ter,    Hyattsville, MD 20783-3423
13866537      +Lisa Westrick,    13426 Road M,    Ottawa, OH 45875-8523
13866538      +Lloa Bass,    43156 Whelplehill Ter,    Ashburn, VA 20148-7067
13866539      +Lorraine Wilson,    2040 Wilmont St,    Philadelphia, PA 19124-3408
13866540      +Louise Nelson,    2728 E Franklin Ave,    Minneapolis, MN 55406-1151
13866541      +Lucretia Nimley,    498 Plaza Blvd,    Apt 85,   Morrisville, PA 19067-7012
13866542      +Lucy Brown,    887 Carver St,    Philadelphia, PA 19124-1009
13866543      +Lucy Roberts,    237 Kenilworth Dr,    Philadelphia, PA 19120-1411
13866544      +Luolo Kulah,    1021 St Vincent St,    Philadelphia, PA 19111-4117
13866545      +Luvenia Harris,    4844 Tamarack Blvd,    Columbus, OH 43229-5684
13866546      +Lynda Gono,    5248 N Howard St,    Philadelphia, PA 19120-3418
13866547      +Lynda Tall,    156 Bover Dr,    Newark, DE 19702-2892
13866560      +MAry Sargbeh,    31 Marble House Dr,    Bear, DE 19701-4023
13866548      +Madia Harris,    3100 Grant Ave,    Apt B31,   Philadelphia, PA 19114-2513
13866549      +Mae Sirleaf,    416 Glendale Rd,    Upper Darby, PA 19082-4918
13866550      +Mai Payne,    1 Walden Virch Ct,    Gwynn Oak, MD 21207-3934
13866551      +Mai Yah Jarry,    250 Plaza Blvd,    Apt H5,   Morrisville, PA 19067-7625
13866552      +Maima Kargbo,    131 Wedgewood Circle,    Eatontown, NJ 07724-1220
13866553      +Mamayou Johnson,    6418 Everall Ave,    Baltimore, MD 21206-1856
13866554      +Marie Davies,    490 Plaza Blvd,    Apt G76,   Morrisville, PA 19067-7004
13866555      +Marie Mason,    809 Pearl St,    Apt 8H,   Elizabeth, NJ 07202-3449
13866556      +Marley Kudee,    329 Park Manor Dr,    Dayton, OH 45410-1109
13866557      +Martha George,    499 West Lancaster Ave,    Apt 5B,   Downingtown, PA 19335-2858
13866558      +Mary Fortune,    6130 kingsessing Ave,    Philadelphia, PA 19142-2426
13866559      +Mary Kenneth,    317 Virgina Ave,    Whitehall, PA 18052-7705
13866561      +Melvin J Mason,    809 Pearl St,    Apt 8H,   Elizabeth, NJ 07202-3449
13866562      +Melvina Cheecks,    9 Deerlodge Ct,    Owings Mills, MD 21117-3816
13866563      +Miatta Asharia,    800 Wildel Ave,    New Castle, DE 19720-6149
13866564      +Michael Abanda,    20 3rd St,    Newark, NJ 07107-3125
13866565      +Michelle Harris,    155 Valley Rd,    Montclair, NJ 07042-2332
13866566      +Milstead & Associates,    1 E. Stow Rd,    Marlton, NJ 08053-3118
13866567      +Momo Sambola,    326 Darby Ter,    Darby, PA 19023-2609
13866568      +Monah Johnson,    516 Main St,    APt 130,   New York, NY 10044-0048
13866569      +Morris Cooper,    18 Strabane Ct,    Parkville, MD 21234-1609
13866570      +Mustapha Karneh,    7237 Shearwater Pl,    Philadelphia, PA 19153-2708
13866571      +Opal Flowers,    960 Park Ave,    Westbury, NY 11590-3948
13866572      +Oretha Totaye,    508 North Fenwick St,    Allentown, PA 18109-1977
13877446      +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13866573      +Patience Brooks,    47 Astor Ct,    Sayreville, NJ 08872-2106
13866574      +Patricia Allie,    2 Maryland Circle,    Apt 226,    Whitehall, PA 18052-6315
13866575      +Paul Cates,    His Kingdom Builders Intl,    668 Northern Lights Dr,
                New Braunfels, TX 78130-2696
13866576      +Pauline Hare,    33 Teakwood St,    Parkville, MD 21234-3431
13866577      +Pennsylvania Dept Revenue,    PO Box 280432,    Harrisburg, PA 17128-0432
13875740      +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                Attn: Bankruptcy Dept 3F
13866578      +Precious Turay,    238 Chestnut St,    Apt A-11,    Downingtown, PA 19335-3059
13866579      +Rebecca Entusa,    8883 Flowerstol Row,    Columbia, MD 21045-2910
13866580      +Rebecca Simpson,    18 Strabane Ct,    Parkville, MD 21234-1609
13866581      +Regina Gaye,    173 W North St,    Carlisle, PA 17013-2322
13866582       Rhonda SMith,    18 Blue Garden Dr,    Bear, DE 19701
13866583      +Rose Blackie,    2049 Brown Ave,    Apt G3,   Bensalem, PA 19020-3724
13866584      +Roseline Kolliw,    1233 Magee Ave,    Philadelphia, PA 19111-4941
13866585      +Rupel Marshall,    4511 Blackiston St,    Philadelphia, PA 19136-2404
13866586      +Ruth Jacobs,    1411 Patricia Dr,    Apt D,   Lansdowne, PA 19050-4056
13866587      +Sabaina Harris,    239 MacDade Blvd,    Darby, PA 19023-1813
13866588      +Sam Scell,    887 Carver St,    Philadelphia, PA 19124-1009
13866589      +Samuel Roberts,    237 Kenilworth Ave,    Philadelphia, PA 19120-1411
13866590      +Saybah Acquoi,    2029 S 57th St,    Philadelphia, PA 19143-5615
13866591      +Shirley Thorpe,    405 6th St,    New Castle, DE 19720-5912
13866592      +Sima Cooper,    130 Barrington Rd,    Apt A,   Upper Darby, PA 19082-3214
13866593      +Siwaeh Harris,    4844 Tamarack Blvd,    Columbus, OH 43229-5684
13866594      +Stephen Kicmett,    130 Barrington Rd,    Apt A,   Upper Darby, PA 19082-3214
13866595      +Susan Fokay,    1436 Robbins St,    Philadelphia, PA 19149-2750
13866596     #+Suzannah Dennis,    410 Kent Rd,    Upper Darby, PA 19082-4207
13866597      +Sylvanus Saye,    co Mabel Morris,    2051 South 68th St,    Philadelphia, PA 19142-1628
13866598       Taamba Yolain,    105 Seurat Lane,    Clay, WV 25043
13866599      +Tamika Pressley,    35 Washington Dr.,    Apt 35,   Maple Shade, NJ 08052-1427
13866600      +Taneshia Grant,    10058 Braile St,    Detroit, MI 48228-1274
13866601      +Theres Bay,    5701 Mitchell Rd,    Levittown, PA 19057-4132
13866602      +Thomas Armah,    128 Green St,    Downingtown, PA 19335-3018
13866603      +Tony Cisco,    2415 Rodeo Court,    Elko, NV 89801-4521
13866604      +Vannette Tolbert,    18015 Foxworth Ct,    Germantown, MD 20874-2267
```

```
District/off: 0313-2          User: dlv                   Page 3 of 4                   Date Rcvd: Mar 07, 2017
                              Form ID: 309I               Total Noticed: 178

13866607       +Williet Barclay,    11402 Wheaton Hill Dr,    Silver Spring, MD 20902-2720
13866608        Winifred Weah,    5284 N Howard St,    Philadelphia, PA 19120
13866609       +Xerox Montg,    4040 Blackburn Lan,    Burtonsville, MD 20866-6136
13866610       +Yormah Generette,    135 Meritts Rd,    Farmingdale, NY 11735-3268
13866611       +Yvette Toweh,    5515 Burnside Dr,    Rockville, MD 20853-2458
13866612       +Yvonne Togbah,    2007 Beyer Ave,    Philadelphia, PA 19115-4704
13866613       +Zakpa Kaydea,    6701 Woodland Ave,    Philadelphia, PA 19142-1602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: mcohen1@temple.edu Mar 08 2017 02:54:41      MICHAEL ADAM COHEN,
                 Law Office of Michael A. Cohen,    2113 Snyder Ave.,    Philadelphia, PA  19145
tr             +E-mail/Text: notice@ph13trustee.com Mar 08 2017 02:56:01      WILLIAM C. MILLER,
                 Chapter 13 Trustee,    1234 Market Street,    Suite 1813,    Philadelphia, PA 19107-3704
smg             E-mail/Text: bankruptcy@phila.gov Mar 08 2017 02:55:38      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 08 2017 02:55:32      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Mar 08 2017 02:55:19      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13866446       +EDI: AFNIRECOVERY.COM Mar 08 2017 02:33:00      Afni,    Attention: Bankruptcy,
                 1310 Martin Luther King Dr,    Bloomington, IL 61701-1465
13872585        EDI: AIS.COM Mar 08 2017 02:33:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
13866461        EDI: BANKAMER.COM Mar 08 2017 02:28:00      Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410
13866466        EDI: BANKAMER.COM Mar 08 2017 02:28:00      Bk Of Amer,    4060 Ogletown/Stanton Rd,
                 Newark, DE 19713
13866474        EDI: CITICORP.COM Mar 08 2017 02:28:00      Citibank Sd, Na,    Attn: Centralized Bankruptcy,
                 Po Box 20363,    Kansas City, MO 64195
13866471       +EDI: CHASE.COM Mar 08 2017 02:33:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13866475       +EDI: CIAC.COM Mar 08 2017 02:33:00      Citimortgage Inc,    Po Box 9438,
                 Gaithersburg, MD 20898-9438
13866476       +EDI: CIAC.COM Mar 08 2017 02:33:00      Citimortgage Inc,    1000 Technology Dr,
                 O Fallon, MO 63368-2240
13866477       +E-mail/Text: bankruptcy@phila.gov Mar 08 2017 02:55:38      City of Philadelphia,
                 Major Tax Unit/ Bankruptcy,    1401 John F. Kennedy Blvd, Rm 580,    Philadelphia, PA 19102-1611
13866484       +EDI: DISCOVER.COM Mar 08 2017 02:28:00      Discover Fin Svcs Llc,    Po Box15316,
                 Wilmington, DE 19850-5316
13866518       +EDI: IRS.COM Mar 08 2017 02:28:00      IRS,    Bankruptcy Dept,    PO Box 7346,
                 Philadelphia, PA 19101-7346
13876020        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 08 2017 02:55:01
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13866605       +EDI: WFFC.COM Mar 08 2017 02:33:00      Wells Fargo Bank,    Po Box 14517,
                 Des Moines, IA 50306-3517
13866606       +E-mail/Text: BKRMailOps@weltman.com Mar 08 2017 02:55:22      Weltman Weinberg & Reis,
                 325 Chestnut St,    Ste 501,    Philadelphia, PA 19106-2605
                                                                                              TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13866457       ##+Apex Asset Management,    1891 Santa Barbara Dr St,    Lancaster, PA 17601-4106
13866533       ##+Korpo Mulbah,    1269 Robbins St,    Philadelphia, PA 19111-5835
                                                                                               TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: dlv              Page 4 of 4          Date Rcvd: Mar 07, 2017
                              Form ID: 309I          Total Noticed: 178
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2017 at the address(es) listed below:
              MICHAEL ADAM COHEN    on behalf of Debtor Tonneh  Tokpah mcohen1@temple.edu
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                    TOTAL: 3
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Tonneh Tokpah** | Social Security number or ITIN   xxx–xx–6674 |
|  | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) |  | Social Security number or ITIN   _ _ _ _ |
|  | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter   **13**   **2/14/17** |
| Case number: | **17–11029–mdc** | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                           12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

|  |  | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Tonneh Tokpah |  |
| 2. | **All other names used in the last 8 years** | dba Liberian Shipping Company |  |
| 3. | **Address** | Philadelphia<br>5343 Arlington St<br>Philadelphia, PA 19131 |  |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL ADAM COHEN<br>Law Office of Michael A. Cohen<br>2113 Snyder Ave.<br>Philadelphia, PA 19145 | Contact phone 215 873 1159<br>Email:  mcohen1@temple.edu |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER<br>Chapter 13 Trustee<br>1234 Market Street<br>Suite 1813<br>Philadelphia, PA 19107 | Contact phone 215–627–1377<br>Email:  ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours:  Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br>Date: 3/7/17 |

**For more information, see page 2**

Official Form 309I                       **Notice of Chapter 13 Bankruptcy Case**                       page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 5, 2017 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/4/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 7/4/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/13/17** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 300.00 per month for 60 months. The hearing on confirmation will be held on:<br>**4/27/17** at **9:30 AM**, Location: **Courtroom #2, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |