7/31/17

The Honorable Magdeline D. Coleman
United States Bankruptcy Court
Phila., Pa 1907

Your Honor,
    I am Mrs. Tuma G. Hines, Mr. Tokpah - Debtor
calls me Fatuma George because he has been
knowing me for 18 years.
    I have seriously with with Lung Cancer
for a while. Had surgery May 4th 2017, June
two and lastly July/2017. I would like to come
your Honor, but my movement is slow or not too
too good yet. Therefore, I am asking you for some
time because I am on special treatment. The
pressure on me is too much. My mom passed away,
my things and my things, I shipped with Mr. Tokpah, I
he lost everything - money too. Which, I am come to
explain myself. I am willing spirit but the
body & flesh is weak. I am praying was God for the
day to be court. I don't will Mr. Tokpah and
for lost money and for me to rait everything. He
has lot of properties in Liberia - West Africa, etc, etc.

Mr: Target (2)

Mom, I am old 75yrs, dont know how I am
going to make it. Please God help me.

Mrs. Wilma George-Hive

RECEIVED
AUG - 7 2017
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA