**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| TONNEH TOKPAH | : | |
| | : | |
| DEBTOR(S) | : | BANKRUPTCY NO.: 17-11029 MDC |

## CERTIFICATION OF SERVICE

I, MICHAEL A. COHEN, Esquire, counsel for Debtor, do hereby certify that, on the date hereof, I caused to be served, by first class United States mail, postage prepaid, a true and correct copy of Debtor's 1st Amended plan to the addresses set forth below and or BY ECF:

| William C. Miller, Trustee<br>111 S. Independence Mall<br>Suite 583<br>Philadelphia, Pa 19106<br>VIA ECF | U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107<br>VIA ECF | City of Philadelphia<br>c/o Megan Harper<br>Law Department Tax Unit<br>1401 JFK Blvd., 5th FL<br>Philadelphia PA 19102<br>VIA ECF |
|---|---|---|
| IRS<br>PO Box 7346<br>Philadelphia PA 19101<br><br>Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | CitiMortgage, Inc.<br>c/o Rebecca Ann Solarz<br>VIA ECF | PA Dept of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg PA 17128-0946 |

Date: September 13, 2017          By:     /s/ Michael A. Cohen
                                                    Michael A. Cohen, Esquire
                                                    2113 Snyder Ave
                                                    Philadelphia, PA 19145
                                                    215-873-1159
                                                    fax 267-519-3506
                                                    PA Bar #93044