**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| TONNEH TOKPAHH | : | |
| DEBTOR(S) | : | BANKRUPTCY NO.: 17-11029 MDC |

CERTIFICATE OF NO RESPONSE

I, Michael A. Cohen, Esquire, counsel for the Debtor, do hereby certify that, on October 23, 2017, service was made by first class U.S. mail, postage prepaid/ or by ECF, a true and correct copy of the Notice of Fee Application and the Fee Application upon creditors, Debtor, the Standing Trustee and the U.S. Trustee, per the certificate of service. To date no objection, notice or answer or other administrative claim has been filed or served upon undersigned counsel.

Date: November 14, 2017    By:    /s/ Michael A. Cohen
Michael A. Cohen, Esquire
2113 Snyder Ave
Philadelphia, PA 19145
215-873-1159
fax 267-519-3506
PA Bar #93044