# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-11029-MDC

TONNEH TOKPAH

5343 ARLINGTON ST

PHILADELPHIA, PA 19131

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TONNEH TOKPAH

    5343 ARLINGTON ST

    PHILADELPHIA, PA 19131

Counsel for debtor(s), by electronic notice only.

    MICHAEL ADAM COHEN
    2113 SNYDER AV

    PHILA, PA 19145-

Date: 1/25/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee