United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-11029-mdc
Tonneh Tokpah                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Stacey              Page 1 of 1             Date Rcvd: Jan 10, 2019
                               Form ID: pdf900           Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2019.
db            +Tonneh Tokpah,    Philadelphia,   5343 Arlington St,   Philadelphia, PA 19131-3237
cr            +MIDFIRST BANK,    Aldridge Pite LLP,   4375 Jutland Dr,   San Diego, CA 92117-3600
cr            +Santander Consumer USA Inc.,    P.O. Box 961245,   Fort Worth, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Jan 11 2019 02:54:03      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 11 2019 02:53:34
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 11 2019 02:53:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             E-mail/Text: megan.harper@phila.gov Jan 11 2019 02:54:03      City of philadelphia,
                 Law Department,   c/o Megan N. Harper,   1401 JFK Blvd., Rm 580,   Philadelphia, PA  19102
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2019 03:00:08     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2019                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2019 at the address(es) listed below:
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          MEGAN N. HARPER    on behalf of Creditor    City of philadelphia megan.harper@phila.gov,
           karena.blaylock@phila.gov
          MICHAEL ADAM COHEN    on behalf of Debtor Tonneh  Tokpah mcohen1@temple.edu
          REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
           ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: TONNEH TOKPAH ) | |
|     **Debtor** ) | |
| ) | CHAPTER 13 |
| SANTANDER CONSUMER USA INC. ) | |
|     **Moving Party** ) | Case No.: 17-11029 (MDC) |
| ) | |
| v. ) | **Hearing Date: 11-27-18 at 10:30 AM** |
| ) | |
| TONNEH TOKPAH ) | 11 U.S.C. 362 |
|     **Respondent** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
|     **Trustee** ) | |
| ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtor in settlement of the Motion For Stay Relief, and filed on or about January 3, 2019 in the above matter is APPROVED.

Dated: January 10, 2019

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE