**KML LAW GROUP, P.C.**
**THE BNY INDEPENDENCE CENTER**
**701 MARKET STREET SUITE– 5000**
**PHILADELPHIA, PA 19106**
[www.kmllawgroup.com](www.kmllawgroup.com)

May 3, 2019

Michael Adam Cohen
Law Office of Michael A. Cohen
2113 Snyder Ave.
Philadelphia, PA 19145

RE:    **NOTICE OF DEFAULT UNDER COURT APPROVED STIPULATION**
       MidFirst Bank vs. Tonneh Tokpah dba Liberian Shipping Company
       Case No. 17-11029 MDC
       Last 4 Digits of Loan No. 0787

Dear Sir or Madam:

   Please be advised that your client is in default under the terms of the Stipulation that was approved by the Bankruptcy Court. Under the terms of the Stipulation, your client must cure the default within fifteen (15) days of this Notice. The amount in default is itemized as follows and set forth in the attached payment history;

- Regular mortgage payments for the months of March 1, 2019 to May 1, 2019, in the amount of $859.24 per month;

**The total due is $2,577.72 and must be received on or before May 20, 2019.**

- The monthly payment for June 2019 is/will be due on the 1st day of the month and is not included in the figure listed above.

**NOTICE TO BORROWER:** Please call **your attorney** with any questions. We are **not permitted** under the Rules of Professional Responsibility to speak with you directly.

   As set forth in the Stipulation, only **certified funds, money order, or a check from an attorney trust account will be accepted to cure the default.** We will not accept cash or personal checks. If you have proof that payments were made, fax that proof to our office at **215-627-7734**. If payment is not made, we will file a Certification with the Court and request relief from the Bankruptcy stay. Due to heightened security in our office complex, you MUST call our office at **215-825-6327** and schedule an appointment if you intend to pay the amount in person, please reference our file number 168530BK. Payment can and should be made to Creditor directly.

> KML Law Group, P.C.
> **/s/ Rebecca A. Solarz, Esquire**
> Rebecca A. Solarz, Esquire
> Attorney for Movant
> KML Law Group, P.C.
> BNY Mellon Independence Center
> 701 Market Street, Suite 5000
> Philadelphia, PA  19106
> 215-627-1322

cc:    Tonneh Tokpah dba Liberian Shipping Company