**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Tonneh Tokpah dba Liberian Shipping Company<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| MidFirst Bank<br>　　　　　　　　Moving Party<br>　　vs. | NO. 17-11029 MDC |
| Tonneh Tokpah dba Liberian Shipping Company<br>　　　　　　　　Debtor(s) | |
| William C. Miller Esq.<br>　　　　　　　　Trustee | 11 U.S.C. Section 362 |

**CERTIFICATE OF SERVICE**

　　　　I, the undersigned, certify that I served or caused to be served, on **July 10, 2019**, a copy of the Certification of Default, and proposed Order of Court, filed herewith upon each of the following persons and parties in interest at the addresses shown below:

William C. Miller Esq. (Trustee)
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

Michael Adam Cohen Esq.
Law Office of Michael A. Cohen
2113 Snyder Ave.
Philadelphia, PA 19145

Tonneh Tokpah dba Liberian Shipping Company
5343 Arlington St
Philadelphia, PA 19131

Method of Service:　　　Mail first class; Specify if other:

Date:  July 10, 2019

　　　　　　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　　　　(215) 627-1322 FAX (215) 627-7734
　　　　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant