**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tonneh Tokpah dba Liberian Shipping Company<br>　　　　　　　　　Debtor(s) | Chapter 13 |
| MidFirst Bank<br>　　　　v.<br>Tonneh Tokpah dba Liberian Shipping Company<br>　　　　and<br>William C. Miller Esq.<br>　　　　　　　　　Trustee | NO. 17-11029 MDC |

**ORDER**

AND NOW, this 18th day of July, 2019 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow MidFirst Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5343 Arlington Street Philadelphia, PA 19131.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*
Magdeline D. Coleman
Chief United States Bankruptcy Judge.

cc: See attached service list

Tonneh Tokpah dba Liberian Shipping Company
5343 Arlington St
Philadelphia, PA 19131

William C. Miller Esq.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

Michael Adam Cohen Esq.
Law Office of Michael A. Cohen
2113 Snyder Ave.
Philadelphia, PA 19145

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532