# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                       Chapter 13

                                       Bankruptcy No. 17-11029-MDC

TONNEH TOKPAH

5343 ARLINGTON ST

PHILADELPHIA, PA 19131

        Debtor

## <u>CERTIFICATE OF SERVICE</u>

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

TONNEH TOKPAH

5343 ARLINGTON ST

PHILADELPHIA, PA 19131

Counsel for debtor(s), by electronic notice only.

MICHAEL A COHEN
2113 SNYDER AVE

PHILADELPHIA, PA 19145

                                  /S/ William C. Miller

Date: 8/4/2020                    _____

                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee