# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 17-11029-MDC

TONNEH TOKPAH

5343 ARLINGTON ST

PHILADELPHIA, PA 19131

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TONNEH TOKPAH

    5343 ARLINGTON ST

    PHILADELPHIA, PA 19131

Counsel for debtor(s), by electronic notice only.

    MICHAEL A COHEN
    2113 SNYDER AVE

    PHILADELPHIA, PA 19145

                                  /S/ Kenneth E. West

Date: 4/5/2022                               _____

                                          Kenneth E. West, Esquire
                                          Chapter 13 Standing Trustee