Certificate Number: 03088-PAE-DE-036480292

Bankruptcy Case Number: 17-11029



03088-PAE-DE-036480292

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 16, 2022,</u> at <u>10:18</u> o'clock <u>PM CDT</u>, <u>Tonneh Tokpah</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>April 16, 2022</u>   By:   <u>/s/Doug Tonne</u>

Name:  <u>Doug Tonne</u>

Title:  <u>Counselor</u>