Certificate Number: 03088-PAE-DE-036480292

Bankruptcy Case Number: 17-11029


03088-PAE-DE-036480292

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 16, 2022, at 10:18 o'clock PM CDT, Tonneh Tokpah completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 16, 2022           By:    /s/Doug Tonne

                                Name:  Doug Tonne

                                Title: Counselor