Hello  Sir/ma'am

In response to Case No: 17-11029-mdc.
My lost shipment that Mr. Tonneh Tokpah
is responsible for has not been settle or
paid to me, yet. Mr. Tokpah still owe
me $1,500.00 US and has not made
any payment to me. I am respectfully
objecting any discharge of my debt Mr.
Tokpah owe me until he makes full
payment of The $1,500.00 US he owes
to me. This letter is my objection
to the notice of discharge.

Very Respectfully,
Kelelu Abraham Kromah

May 5, 2022
832-293-7088

MAY 1 0 2022

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Tonneh Tokpah

        Debtor(s)                                    Case No: 17–11029–mdc

                                                     Chapter: 13

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                        900 Market Street
                        Suite 400
                        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/29/22

99 – 98
Form 138OBJ