Case No. 171109-mdc, Chapter 13
In Re: Tonneh Tokpah

Attn. Timothy B. McGrath

Clerk of the U.S. Bankrupcy Court

900 Market Street

Suite 400

Philadelphia, PA 19107

May 5, 2022

Response to "Notice to Object to Discharge" Deadline

**Action: Objecting to Order of Discharge**

Dear Mr. McGrath

MAY 10 2022

Thank you for your time and consideration of my grief in this matter.

I write to object to the "Order of Discharge" pursuant to the aforementioned court rule. This is to inform you that I (claimant/party of interest) have **NOT** received **any form of payment**, or promise to pay, from the Debtor, Mr. Tonneh Tokpah, nor anybody representing him. I would like to ensure that the lack of payment on the part of Mr. Tokpah has not only caused a severe economic burden, but also mental stress- especially during this high-inflation period. My family depends on me for their livelihood and losing such money at the time and until now (over $2,000) has caused me a major setback.

I am therefore asking you to please assist me to receive the payment that is owed me.

Thanks in advance for your assistance in this matter.

Respectfully yours,

Melvina V. Cheeks, Claimant/Party of Interest (443-447-66780)

*Melvina V. Cheeks*



FILED
MAY 10 2022
TIMOTHY McGRATH, CLERK

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tonneh Tokpah
      Debtor(s)

Case No: 17-11029-mdc
Chapter: 13

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

          900 Market Street
          Suite 400
          Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court
Dated: 4/29/22

99 – 98
Form 138OBJ

022685

22007022707010