May 6, 2022

United States Bankruptcy Court
Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

Case No: 17-11029-mdc
Chapter: 13

From: Williet E. Barclay
11402 Wheaton Hill Dr.
Silver Spring, MD 20902

Regarding the notice received on April 29, 2022, I would like to submit an objection to the entry of the Debtors' Order of Discharge. Mr. Tonneh Tokpah has not made any payments or attempts to make payments for the debts owed to me. For this reason, I would like to submit an object.

Sincerely,

*Williet E. Barclay* (signature)
Williet E. Barclay

FILED
MAY 10 2022
TIMOTHY McGRATH, CLERK

MAY 10 2022