Mr. Timothy B. McGrath

Clerk of the U.S Bankruptcy Court

Eastern District of Pennsylvania

May 8, 2022



Sir:

I am Josephine Whartenby, one of the Indebted parties in case No. 17 – 11029 –mdc, to which Mr. Tonneh Tokpah is entered as Debtor. In this matter, I wish to express in no uncertain terms that Mr. Tokpah not be granted an Order of Discharge or request to delay. Mr. Tokpah has neither made compensatory restitution nor attempted to do likewise since. Furthermore, I have yet to receive any verbal or written communication indicating his desire to do so. To the contrary, Mr. Tokpah requested further payment to expedite the process for which he had here to fore received full payment, and to which he was denied promptly. Hence, in lieu of his request, I sincerely plea to this Honorable Court that Mr. Tokpah legally be made to meet his fuduciary obligations in full payment to all indebted parties.

Yours in esteem,

Josephine Whartenby

*Josephine Whartenby*

Bensalem, Pennsylvania