FILED
MAY 1 1 2022
TIMOTHY McGRATH, CLERK
DEP CLERK

5/8/22

United States Bankruptcy Court
Eastern District of Pennsylvania

Re: Tonneh Tokpah Debtor's

From: Mac K. Sinleaf
party of interest to case No. 17-11029
Chapter 13.

I hereby Strongly Object to the Statement
that all plan has been made by the
Standing chapter Trustee.

I would like to request a delay in the
of Discharge in the debtor's order of
Discharge persuant to 11 USE & 1328
of the US Bankruptcy Court.

Reasons: As part of interest to this case,
I have yet to receive due payment.