

**PROGRESS FOUNDATION, INC.**
10769 Whippoorwill Lane
Indianapolis IN 46231
liberiaprogress@gmail.com

May 5, 2022

Timothy B. McGrath,
Clerk of Court
900 Market Street, Suite 400
Philadelphia, PA 19107

Re: Tonneh Tokpah
Case No. 17-11029-mdc
Chapter 13:

**Liberia Progress Foundation - 501(c)(3)
EIN- 30-0626297 payment has not been settled
and therefore objects to this discharge.**

Submitted by:
Alma K. Smith, Treasurer  *Alma K. Smith*

**OFFICERS**
VARNIE N'JOLA KARMO
CHAIRMAN
317.605.9874
ykarmo@gmail.com

TROCON TORA KARMO
VICE-CHAIRMAN
317.797.9901
trocon.karmo@gmail.com

ALMA SMITH
TREASURER/SECRETARY
317.442.7039
aksmith554@gmail.com

FILED
MAY 10 2022
TIMOTHY McGRATH, CLERK
DEP CLERK