United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 17-11029-mdc
Tonneh Tokpah  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 5
Date Rcvd: May 10, 2022     Form ID: 167     Total Noticed: 179

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tonneh Tokpah, Philadelphia, 5343 Arlington St, Philadelphia, PA 19131-3237 |
| cr | + | MIDFIRST BANK, Aldridge Pite LLP, 4375 Jutland Dr, San Diego, CA 92117-3600 |
| cr | + | William E. Barclay, 11402 Wheaton Hill Dr., Silver Spring, MD 20902-2720 |
| 13866459 | + | ATema Addy, 5652 Windsor Ave, Philadelphia, PA 19143-4727 |
| 13866444 | | Abrahim Sidee, 13387 Fairmont St, Whitehall, PA 18052 |
| 13866445 | + | Adousha Moore, 320 Vanderbilt Ave, Apt 3S, Staten Island, NY 10304-3563 |
| 13866447 | + | Agnes Dagbe, 46757 HobbleBush Ter, Sterling, VA 20164-7021 |
| 13866448 | + | Ajuah Neufville, 3229 Morrel Ave, Philadelphia, PA 19114-1115 |
| 13866451 | + | Alice Nyekan, 1026 Merchant St, Coatesville, PA 19320-3392 |
| 13866452 | + | Alma Smith, 10769 WHippoonwill Lane, Indianapolis, IN 46231-1010 |
| 13866453 | + | Amanda Clarke, 15 Clark St, Bridgeport, CT 06606-3541 |
| 13866454 | + | Amos Neuta, 4533 Bleigh Ave, Philadelphia, PA 19136-4005 |
| 13866455 | + | Angeline Sonpon, 6406 Buist Ave, Philadelphia, PA 19142-3015 |
| 13866456 | + | Anna Dennis, 131 Greenland Dr, Lancaster, PA 17602-3385 |
| 13866457 | + | Apex Asset Management, 1891 Santa Barbara Dr St, Lancaster, PA 17601-4106 |
| 13866458 | | Arthurline Tucker, 435 Beverly Blvd, Levittown, PA 19057 |
| 13866462 | + | Bankole Large, 14101 Sullyfield Cir, Ste 340, Chantilly, VA 20151-1625 |
| 13866463 | + | Beatrice Avery, 3514 Joel Turner Dr, Charlotte, NC 28216-7637 |
| 13866464 | + | Beatrice Kortu, 6767 W Butler Dr, Apt 359, Glendale, AZ 85302-5554 |
| 13866465 | #+ | Berma Findley, 412 Ann Moore St, Dover, DE 19904-4002 |
| 13866467 | + | Boyo Boima, 7652 Wyndale Ave, Philadelphia, PA 19151-2707 |
| 13866468 | + | Cecelia Mendin, 7058 Reedland St, Philadelphia, PA 19142-1716 |
| 13866469 | + | Chanor Joe, 413 Community Lane, Coatesville, PA 19320-3746 |
| 13866470 | #+ | Charles Coleman, 2544 Ashford St, Philadelphia, PA 19153-1409 |
| 13866472 | + | Chidi Duruh, 2902 South 62nd St, Philadelphia, PA 19142-3406 |
| 13866473 | + | Chris Barclay, 6325 Belair Rd, Baltimore, MD 21206-1839 |
| 13866478 | + | Combay Johnson, 435 Beverly Blvd, Upper Darby, PA 19082-3714 |
| 13866479 | + | Comfort Itoka, 121-47 238th St, Rosedale, NY 11422-1043 |
| 13866480 | + | David Grigsby, 242 Carlyn Ct, Downingtown, PA 19335-4202 |
| 13866481 | + | David Wesseh, 103 Norwood House Rd, Downingtown, PA 19335-2323 |
| 13866482 | + | Deepeh Gbor, 7251 Calvin Rd, Upper Darby, PA 19082-3403 |
| 13866483 | + | Delene Brown, 444 Clifton Ave, Sharon Hill, PA 19079-2027 |
| 13866485 | + | Dodey Russell, 15301 Praire Ave, Apt9, Lawndale, CA 90260-2258 |
| 13866487 | + | Edith Walleeken, 3600 West 12th St, Marcus Hook, PA 19061-5302 |
| 13866488 | + | Edwin B. Barclay, 11402 Wheaton Hill Dr, Silver Spring, MD 20902-2720 |
| 13866489 | + | Edwin Harmon, 4844 Tamarack Blvd, Columbus, OH 43229-5684 |
| 13866490 | + | Estella Somah, 250 Beverly Blvd, Apt B104, Upper Darby, PA 19082-4513 |
| 13866491 | + | Esther Bono, 512 N 54th St, Philadelphia, PA 19131-4909 |
| 13866492 | + | Esther Scell, 933 Yeadon Ave, Lansdowne, PA 19050-3712 |
| 13866493 | + | Ethel Manyeah, 161 Wayne Ave, Darby, PA 19023-3824 |
| 13866494 | + | Eugenia Burphy, 933 Downing Rd, Valley Stream, NY 11580-1508 |
| 13866495 | + | Evelyn Kayee, 4303 Wells Dr, Parlin, NJ 08859-1305 |

| Recipient ID | Flag | Name and Address |
|---|---|---|
| 13866496 | + | Evelyn Watson, 6130 Kingsessing Ave, Philadelphia, PA 19142-2426 |
| 13866497 |   | Fallah Maakundu, 1483 Ranger Loop, Apt 204, Arlington, VA 22219 |
| 13866498 | + | Famatta Cooper, 7288 Woodland Ave, Philadelphia, PA 19142-1012 |
| 13866499 | + | Famatta Koenig, 999 Heather Ridge Dr, Frederick, MD 21702-1434 |
| 13866500 | + | Fatu Kanneh, 3616 Pear Tree Ct, Apt 44, Silver Spring, MD 20906-5513 |
| 13866501 | + | Fatu Manobah, 1301 Mickley Rd, Apt B8, Whitehall, PA 18052-4613 |
| 13866502 | + | Fatuma George, 4649 Paul St, Apt 607, Philadelphia, PA 19124-3358 |
| 13866503 | + | Foday Sirleaf, 1211 Gilham St, Philadelphia, PA 19111-5521 |
| 13866504 | + | Fred Coffee, 10900 Civic Center Dr, Rancho Cucamonga, CA 91730-7699 |
| 13866505 | + | G Toweh Williams, 5519 Miriam Rd, Philadelphia, PA 19124-1715 |
| 13866506 | + | Gail Boague Harrison, 167 New York Ave, Apt 17E, Newark, NJ 07105-2027 |
| 13866507 | + | Gajay Ananaba, 3100 Grant Avr, Apt B331, Philadelphia, PA 19114-2534 |
| 13866509 | + | Gee Deh, 113 South McDade Blvd., Darby, PA 19023-1506 |
| 13866510 | + | Gertrude King, 333 Alder Rd, Dover, DE 19904-4819 |
| 13866511 | + | Gertrude Morgan, 1600 Garret Rd, Apt B11, Upper Darby, PA 19082-4408 |
| 13866512 | + | Gleneda Richards, 1401 Elfin Ct, Frederick, MD 21703-2220 |
| 13866513 | + | Gloria Paasewe, 660 Shellbark Dr, Concord, NC 28025-9038 |
| 13866514 | + | Hawa Blackett, 43456 Jubilee St, Chantilly, VA 20152-2519 |
| 13866515 | + | Hawa Sarnor, 1127 Cretsview Rd, Darby, PA 19023-1110 |
| 13866516 | + | Hellen Tamba, 2211 Lansing St, Philadelphia, PA 19152-3709 |
| 13947096 | + | His Kingdom Builders International, 668 Northern Lgts., New Braunfels, TX 78130-2696 |
| 13866519 | + | Jackson Bropleh, 324 Levick St, 2nd Fl, Philadelphia, PA 19111-5636 |
| 13866520 | + | Jamesetta Gilayeneh Smith, 1540 Warwick Ave, Folcroft, PA 19032-1327 |
| 13866521 | + | Janet Queh, 21 Parkway Dr, Coatesville, PA 19320-3947 |
| 13866522 | + | Janvier Richrds, 14101 Castle Blvd, Apt 401, Silver Spring, MD 20904-4735 |
| 13866523 | + | Jeanette Siaway, 340 Ruckman Rd, Hillsdale, NJ 07642-1720 |
| 13866524 | + | Jenebu Konneh, 116 N 9th St, Darby, PA 19023-2201 |
| 13866525 | + | Jeremiah Weah, 226 Sparks St, Philadelphia, PA 19120-1417 |
| 13866526 | + | Jonathan Gayechuway, 9726 Country Shadow, San Antonio, TX 78254-5906 |
| 13866527 | + | Jonathan Toomey, 2221 Dermont Ave, Upper Darby, PA 19082-5403 |
| 13866528 | + | Joseph Davies, 1626 Kingsway Rd, Baltimore, MD 21218-1612 |
| 13866529 | + | Josephine Whartenby, 6462 Neshaminy Valley Dr, Bensalem, PA 19020-1211 |
| 13866530 | + | Kelelu Kromah, 4618 Stonebridge La, Virginia Beach, VA 23462-7276 |
| 13866531 | + | Kermah Gbatu, 1706 A Severn Rd, Severn, MD 21144-1001 |
| 13866532 | + | Kona Zarpele, 3750 Morrel Ave, Apt A, Philadelphia, PA 19114-1939 |
| 13866533 | + | Korpo Mulbah, 1269 Robbins St, Philadelphia, PA 19111-5835 |
| 13866534 | + | Korto Fasu, 7058 Reedland St, Philadelphia, PA 19142-1716 |
| 13866535 |   | Lillian Taylor, 2408 Battersea Place, Apt 402, Windsor Mill, MD 21244 |
| 13866536 | + | Linda Williams, 8207 Greenspire Ter, Hyattsville, MD 20783-3423 |
| 13866537 | + | Lisa Westrick, 13426 Road M, Ottawa, OH 45875-8523 |
| 13866538 | + | Lloa Bass, 43156 Whelplehill Ter, Ashburn, VA 20148-7067 |
| 13866540 | + | Louise Nelson, 2728 E Franklin Ave, Minneapolis, MN 55406-1151 |
| 13866541 | + | Lucretia Nimley, 498 Plaza Blvd, Apt 85, Morrisville, PA 19067-7012 |
| 13866542 | + | Lucy Brown, 887 Carver St, Philadelphia, PA 19124-1009 |
| 13866543 | + | Lucy Roberts, 237 Kenilworth Dr, Philadelphia, PA 19120-1411 |
| 13866544 | + | Luolo Kulah, 1021 St Vincent St, Philadelphia, PA 19111-4117 |
| 13866545 | + | Luvenia Harris, 4844 Tamarack Blvd, Columbus, OH 43229-5684 |
| 13866546 | + | Lynda Gono, 5248 N Howard St, Philadelphia, PA 19120-3418 |
| 13866547 | + | Lynda Tall, 156 Bover Dr, Newark, DE 19702-2892 |
| 13866560 | + | MAry Sargbeh, 31 Marble House Dr, Bear, DE 19701-4023 |
| 13866548 | + | Madia Harris, 3100 Grant Ave, Apt B31, Philadelphia, PA 19114-2513 |
| 13866549 | + | Mae Sirleaf, 416 Glendale Rd, Upper Darby, PA 19082-4918 |
| 13866550 | + | Mai Payne, 1 Walden Virch Ct, Gwynn Oak, MD 21207-3934 |
| 13866551 | + | Mai Yah Jarry, 250 Plaza Blvd, Apt H5, Morrisville, PA 19067-7625 |
| 13866552 | + | Maima Kargbo, 131 Wedgewood Circle, Eatontown, NJ 07724-1220 |
| 13866553 | + | Mamayou Johnson, 6418 Everall Ave, Baltimore, MD 21206-1856 |
| 13866554 | + | Marie Davies, 490 Plaza Blvd, Apt G76, Morrisville, PA 19067-7004 |
| 13866555 | #+ | Marie Mason, 809 Pearl St, Apt 8H, Elizabeth, NJ 07202-3449 |
| 13866556 | + | Marley Kudee, 329 Park Manor Dr, Dayton, OH 45410-1109 |
| 13866557 | + | Martha George, 499 West Lancaster Ave, Apt 5B, Downingtown, PA 19335-2859 |
| 13866558 | + | Mary Fortune, 6130 kingsessing Ave, Philadelphia, PA 19142-2426 |
| 13866559 | + | Mary Kenneth, 317 Virgina Ave, Whitehall, PA 18052-7705 |
| 13866561 | #+ | Melvin J Mason, 809 Pearl St, Apt 8H, Elizabeth, NJ 07202-3449 |

Case 17-11029-mdc   Doc 112   Filed 05/12/22   Entered 05/13/22 00:30:34   Desc
Imaged Certificate of Notice   Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: May 10, 2022 | Form ID: 167 | Total Noticed: 179 |

| | | |
|---|---|---|
| 13866562 | + | Melvina Cheecks, 9 Deerlodge Ct, Owings Mills, MD 21117-3816 |
| 13947100 | | Melvina Cheeks, 9 Deer Lodge Court, Owings Mills, MD 21117-3816 |
| 13866563 | + | Miatta Asharia, 800 Wildel Ave, New Castle, DE 19720-6149 |
| 13866564 | + | Michael Abanda, 20 3rd St, Newark, NJ 07107-4459 |
| 13866566 | + | Milstead & Associates, 1 E. Stow Rd, Marlton, NJ 08053-3118 |
| 13866567 | + | Momo Sambola, 326 Darby Ter, Darby, PA 19023-2609 |
| 13866568 | + | Monah Johnson, 516 Main St, APt 130, New York, NY 10044-0048 |
| 13866569 | + | Morris Cooper, 18 Strabane Ct, Parkville, MD 21234-1609 |
| 13932027 | + | Ms. Louise Nelson, 2728 E. Franklin Avenue, Apt. 1006, Minneapolis, MN 55406-4101 |
| 13866570 | + | Mustapha Karneh, 7237 Shearwater Pl, Philadelphia, PA 19153-2708 |
| 13866571 | + | Opal Flowers, 960 Park Ave, Westbury, NY 11590-3948 |
| 13866572 | + | Oretha Totaye, 508 North Fenwick St, Allentown, PA 18109-1977 |
| 13866573 | + | Patience Brooks, 47 Astor Ct, Sayreville, NJ 08872-2106 |
| 13866574 | + | Patricia Allie, 2 Maryland Circle, Apt 226, Whitehall, PA 18052-6315 |
| 13866575 | + | Paul Cates, His Kingdom Builders Intl, 668 Northern Lights Dr, New Braunfels, TX 78130-2696 |
| 13866576 | + | Pauline Hare, 33 Teakwood St, Parkville, MD 21234-3431 |
| 13866577 | + | Pennsylvania Dept Revenue, PO Box 280432, Harrisburg, PA 17128-0432 |
| 13875740 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 13866578 | + | Precious Turay, 238 Chestnut St, Apt A-11, Downingtown, PA 19335-3059 |
| 13866579 | + | Rebecca Entusa, 8883 Flowerstol Row, Columbia, MD 21045-2910 |
| 13866580 | + | Rebecca Simpson, 18 Strabane Ct, Parkville, MD 21234-1609 |
| 13866581 | + | Regina Gaye, 173 W North St, Carlisle, PA 17013-2322 |
| 13866582 | | Rhonda SMith, 18 Blue Garden Dr, Bear, DE 19701 |
| 13866583 | + | Rose Blackie, 2049 Brown Ave, Apt G3, Bensalem, PA 19020-3724 |
| 13866584 | + | Roseline Kolliw, 1233 Magee Ave, Philadelphia, PA 19111-4941 |
| 13866585 | + | Rupel Marshall, 4511 Blackiston St, Philadelphia, PA 19136-2404 |
| 13866586 | + | Ruth Jacobs, 1411 Patricia Dr, Apt D, Lansdowne, PA 19050-4056 |
| 13866587 | + | Sabaina Harris, 239 MacDade Blvd, Darby, PA 19023-1832 |
| 13866588 | + | Sam Scell, 887 Carver St, Philadelphia, PA 19124-1009 |
| 13866589 | + | Samuel Roberts, 237 Kenilworth Ave, Philadelphia, PA 19120-1411 |
| 14214363 | + | Santander Consumer USA, Inc., c/o William E. Craig, Esq., Morton & Craig, LLC, 110 Marter Ave, Suite 301, Moorestown, NJ 08057-3125 |
| 13866590 | + | Saybah Acquoi, 2029 S 57th St, Philadelphia, PA 19143-5615 |
| 13866592 | + | Sima Cooper, 130 Barrington Rd, Apt A, Upper Darby, PA 19082-3214 |
| 13866593 | + | Siwaeh Harris, 4844 Tamarack Blvd, Columbus, OH 43229-5684 |
| 13866594 | + | Stephen Kicmett, 130 Barrington Rd, Apt A, Upper Darby, PA 19082-3214 |
| 13866595 | + | Susan Fokay, 1436 Robbins St, Philadelphia, PA 19149-2750 |
| 13866596 | + | Suzannah Dennis, 410 Kent Rd, Upper Darby, PA 19082-4234 |
| 13866597 | + | Sylvanus Saye, co Mabel Morris, 2051 South 68th St, Philadelphia, PA 19142-1628 |
| 13866598 | | Taamba Yolain, 105 Seurat Lane, Clay, WV 25043 |
| 13866599 | + | Tamika Pressley, 35 Washington Dr., Apt 35, Maple Shade, NJ 08052-1427 |
| 13866600 | + | Taneshia Grant, 10058 Braile St, Detroit, MI 48228-1274 |
| 13866601 | + | Theres Bay, 5701 Mitchell Rd, Levittown, PA 19057-4132 |
| 13866602 | + | Thomas Armah, 128 Green St, Downingtown, PA 19335-3018 |
| 13866603 | + | Tony Cisco, 2415 Rodeo Court, Elko, NV 89801-4521 |
| 13866605 | + | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 13934681 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 13866607 | + | Williet Barclay, 11402 Wheaton Hill Dr, Silver Spring, MD 20902-2720 |
| 13866608 | | Winifred Weah, 5284 N Howard St, Philadelphia, PA 19120 |
| 13866609 | + | Xerox Montg, 4040 Blackburn Lan, Burtonsville, MD 20866-6136 |
| 13866610 | + | Yormah Generette, 135 Meritts Rd, Farmingdale, NY 11735-3268 |
| 13866611 | + | Yvette Toweh, 5515 Burnside Dr, Rockville, MD 20853-2458 |
| 13866612 | + | Yvonne Togbah, 2007 Beyer Ave, Philadelphia, PA 19115-4704 |
| 13866613 | + | Zakpa Kaydea, 6701 Woodland Ave, Philadelphia, PA 19142-1650 |

TOTAL: 158

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: megan.harper@phila.gov | May 10 2022 23:55:00 | City of philadelphia, Law Department, c/o Megan N. Harper, 1401 JFK Blvd., Rm 580, Philadelphia, PA 19102 |

Case 17-11029-mdc    Doc 112    Filed 05/12/22    Entered 05/13/22 00:30:34    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: May 10, 2022 | Form ID: 167 | Total Noticed: 179 |

| | | | | |
|---|---|---|---|---|
| cr | | + Email/Text: ecfbnc@aldridgepite.com | May 10 2022 23:55:00 | MIDFIRST BANK, Aldridge Pite LLP, 4375 Jutland Dr, San Diego, CA 92117-3600 |
| cr | | + Email/Text: enotifications@santanderconsumerusa.com | May 10 2022 23:55:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | | + Email/PDF: gecsedi@recoverycorp.com | May 11 2022 00:02:52 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13866446 | | + Email/Text: EBNProcessing@afni.com | May 10 2022 23:55:00 | Afni, Attention: Bankruptcy, 1310 Martin Luther King Dr, Bloomington, IL 61701-1465 |
| 13872585 | | Email/PDF: ebn_ais@aisinfo.com | May 11 2022 00:02:48 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 13866461 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 10 2022 23:55:00 | Bank Of America, Attention: Recovery Department, 4161 Peidmont Pkwy., Greensboro, NC 27410 |
| 13866466 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 10 2022 23:55:00 | Bk Of Amer, 4060 Ogletown/Stanton Rd, Newark, DE 19713 |
| 13866474 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 11 2022 00:02:52 | Citibank Sd, Na, Attn: Centralized Bankruptcy, Po Box 20363, Kansas City, MO 64195 |
| 13866477 | | Email/Text: megan.harper@phila.gov | May 10 2022 23:55:00 | City of Philadelphia, Major Tax Unit/ Bankruptcy, 1401 John F. Kennedy Blvd, Rm 580, Philadelphia, PA 19102 |
| 13866476 | | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 11 2022 00:02:56 | Citimortgage Inc, 1000 Technology Dr, O Fallon, MO 63368-2240 |
| 13866475 | | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 11 2022 00:02:48 | Citimortgage Inc, Po Box 9438, Gaithersburg, MD 20898-9438 |
| 13918163 | | + Email/Text: bankruptcy@pepcoholdings.com | May 10 2022 23:55:00 | Delmarva Power & Light Company, 5 Collins Drive, Suite 2133/ Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 13880576 | | Email/Text: mrdiscen@discover.com | May 10 2022 23:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13866484 | | + Email/Text: mrdiscen@discover.com | May 10 2022 23:55:00 | Discover Fin Svcs Llc, Po Box15316, Wilmington, DE 19850-5316 |
| 13866518 | | + Email/Text: sbse.cio.bnc.mail@irs.gov | May 10 2022 23:55:00 | IRS, Bankruptcy Dept, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13866471 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 11 2022 00:02:48 | Chase, Po Box 15298, Wilmington, DE 19850 |
| 13933039 | | + Email/PDF: ais.midfirst.ebn@aisinfo.com | May 11 2022 00:02:56 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 13877446 | | + Email/PDF: rmscedi@recoverycorp.com | May 11 2022 00:02:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13876020 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 10 2022 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 13931120 | | + Email/PDF: ebn_ais@aisinfo.com | May 11 2022 00:02:56 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 13866606 | | + Email/Text: BKRMailOps@weltman.com | May 10 2022 23:55:00 | Weltman Weinberg & Reis, 325 Chestnut St, Ste 501, Philadelphia, PA 19106-2605 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

Case 17-11029-mdc    Doc 112    Filed 05/12/22    Entered 05/13/22 00:30:34    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0313-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: May 10, 2022 | Form ID: 167 | Total Noticed: 179 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Kelelu Abraham Kromah |
| cr | | Melvina V. Cheeks |
| 13866449 | ##+ | Alex Garkpah, 117-06 164th St, Fl1, Jamaica, NY 11434-5723 |
| 13866450 | ##+ | Alexander Garkpah, 117-06 164th St, #1, Jamaica, NY 11434-5723 |
| 13866460 | ##+ | Bandu Kannie, 3085 Elsa Ave, Waldorf, MD 20603-4017 |
| 13866486 | ##+ | Dorothy Chea, 516 E Clarkson Ave, Philadelphia, PA 19120-2622 |
| 13866508 | ##+ | GArmai Johnson, 18 Blue Spruce Dr, Bear, DE 19701-4128 |
| 13866517 | ##+ | Ida Wilson, 27 Warren St, Brentwood, NY 11717-1530 |
| 13866539 | ##+ | Lorraine Wilson, 2040 Wilmont St, Philadelphia, PA 19124-3408 |
| 13866565 | ##+ | Michelle Harris, 155 Valley Rd, Montclair, NJ 07042-2332 |
| 13866591 | ##+ | Shirley Thorpe, 405 6th St, New Castle, DE 19720-5912 |
| 13866604 | ##+ | Vannette Tolbert, 18015 Foxworth Ct, Germantown, MD 20874-2267 |

TOTAL: 2 Undeliverable, 0 Duplicate, 10 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2022         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Tonneh Tokpah brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| MEGAN N. HARPER | on behalf of Creditor City of philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tonneh Tokpah
    Debtor(s)

Case No: 17−11029−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Document in re: Letter Objecting to the Notice of Discharge Filed by Kelelu Abraham Kromah

on: 6/16/22

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: 5/10/22

For The Court

Timothy B. McGrath
Clerk of Court

106 − 103
Form 167