*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tonneh Tokpah

     Debtor(s)

Case No: 17–11029–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Document in re: Letter Objecting to the Notice of Discharge Filed by Josephine Whartenby (related document(s)[99]). Hearing scheduled 6/16/2022 at 11:00 AM at Courtroom #2. (telephonic hearing # to call in is 877–336–1828 access code 7855846)

     on: 6/16/22

     at: 11:00 AM

     in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  5/13/22

Timothy B. McGrath
Clerk of Court