UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    :          Bankruptcy No.17-11029-mdc
    Tonneh Tokpah
                                                :
    Debtor                                          Chapter 13
                                                :

**NOTICE OF HEARING**

Document in re: Letter Objecting to the Notice of Discharge Filed by Alma K. Smith

HEARING SCHEDULED TELEPHONIC
PLEASE CALL IN ON 6/16/22 @ 11:00 a.m.

877-336-1828 access code 7855846

You may call the Courtroom Deputy with any questions

Eileen Godfrey
215-408-2819
and or e-mail at
eileen_godfrey@paeb.uscourts.gov

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Tonneh Tokpah
    Debtor(s)

Case No: 17−11029−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Document in re: Letter Objecting to the Notice of Discharge Filed by Alma K. Smith (related document(s)[99]). Hearing scheduled 6/16/2022 at 11:00 AM at Courtroom #2. (telephonic hearing # to call in is 877−336−1828 access code 7855846

on: 6/16/22

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 5/13/22

Timothy B. McGrath
Clerk of Court

115 − 111
Form 167