UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.17-11029-mdc |
| Tonneh Tokpah | : | |
| Debtor | | Chapter 13 |
| | : | |

## NOTICE OF HEARING

Document in re: Letter Objecting to the Notice of Discharge Filed by Williet E. Barclay

HEARING SCHEDULED TELEPHONIC
PLEASE CALL IN ON 6/16/22 @ 11:00 a.m.

877-336-1828 access code 7855846

You may call the Courtroom Deputy with any questions

Eileen Godfrey
215-408-2819
and or e-mail at
eileen_godfrey@paeb.uscourts.gov

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tonneh Tokpah
    Debtor(s)

Case No: 17−11029−mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Document in re: Letter Objecting to the Notice of Discharge Filed by William E. Barclay

on: 6/16/22

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: 5/10/22

For The Court

Timothy B. McGrath
Clerk of Court

108 − 105
Form 167