May 12, 2022

United States Bankruptcy Court
Eastern District of Pennsylvania
900 Market Street Suite 400
Philadelphia, PA 19107



Case No: 17-11029- MDC
Chapter: 13

From: Edwin V Barclay Jr
11402 Wheaton Hill Drive
Silver Spring, MD 20902

Regarding the notice received on April 29, 2022. I would like to submit an objection to the entry of the Debtor's Order of Discharge, Mr. Tonneh Tokpah has not made any payments or attempts to make payments for the debts owed to me. For this reason, I would like submit an object.

Sincerely,

*[signature]*

Edwin V Barclay Jr