United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-11029-mdc |
| Tonneh Tokpah | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 19, 2022 | Form ID: 167 | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tonneh Tokpah, Philadelphia, 5343 Arlington St, Philadelphia, PA 19131-3237 |
| cr | + | Alma K. Smith, Progress Foundation, Inc., 10769 Whippoorwill Lane, Indianapolis, IN 46231-1010 |
| cr | + | Edwin V Barclay, Jr, 11402 Wheaton Hill Drive, Silver Spring, MD 20902-2720 |
| cr | | Josephine Whartenby, 6462 Neshaminy Valley Dr., Bensalem, PA 19020-1211 |
| cr | + | Kelelu Abraham Kromah, 4618 Stonebridge La, Virginia Beach, VA 23462-7276 |
| cr | + | Mae K. Sirleaf, 416 Glendale Rd, Upper Darby, PA 19082-4918 |
| cr | + | Melvina V. Cheeks, 9 Deerlodge Ct, Owings Mills, MD 21117-3816 |
| cr | + | Williet E. Barclay, 11402 Wheaton Hill Dr., Silver Spring, MD 20902-2720 |
| 13866488 | + | Edwin B. Barclay, 11402 Wheaton Hill Dr, Silver Spring, MD 20902-2720 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: megan.harper@phila.gov | May 19 2022 23:46:00 | City of philadelphia, Law Department, c/o Megan N. Harper, 1401 JFK Blvd., Rm 580, Philadelphia, PA 19102 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | May 19 2022 23:46:00 | MIDFIRST BANK, Aldridge Pite LLP, 4375 Jutland Dr, San Diego, CA 92117-3600 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | May 19 2022 23:46:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2022 23:58:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: May 19, 2022     Form ID: 167     Total Noticed: 13
Date: May 21, 2022     Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Tonneh Tokpah brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| MEGAN N. HARPER | on behalf of Creditor City of philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tonneh Tokpah
    Debtor(s)

Case No: 17−11029−mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge to consider:

Document in re: Letter Objecting to the Notice of Discharge Filed by Edwin V Barclay Jr (related document(s)[99]). . Hearing scheduled 6/16/2022 at 11:00 AM (telephonic hearing # to call in is 877−336−1828 access 7855846)

on: 6/16/22

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  5/19/22

Timothy B. McGrath
Clerk of Court

130 − 129
Form 167