UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                :          Bankruptcy No.17-11029-mdc
    Tonneh Tokpah
                                                      :
    Debtor                        Chapter 13
                                                      :

## NOTICE OF HEARING

Document in re: Letter Objecting to the Notice of Discharge Filed by Edwin Barclay

HEARING SCHEDULED TELEPHONIC
PLEASE CALL IN ON 6/16/22 @ 11:00 a.m.

877-336-1828 access code 7855846

You may call the Courtroom Deputy with any questions

Eileen Godfrey 215-408-2819
and or e-mail at
eileen_godfrey@paeb.uscourts.gov

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tonneh Tokpah
    Debtor(s)

Case No: 17−11029−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Document in re: Letter Objecting to the Notice of Discharge Filed by Edwin V Barclay Jr (related document(s)[99]). . Hearing scheduled 6/16/2022 at 11:00 AM (telephonic hearing # to call in is 877−336−1828 access 7855846)

on: 6/16/22

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 5/19/22

Timothy B. McGrath
Clerk of Court

130 − 129
Form 167