*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tonneh Tokpah

    Debtor(s)

Case No: 17-11029-mdc

Chapter: 13

## *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/29/22

MAY 2 3 2022

99 – 98
Form 138OBJ

004145

22007004149010

SUN-22007 0313 2 138OBJ 17-11029
BRAD J. SADEK
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

004145 4145 1 AB 0.458 19153 3 5 9580-1-4317
Charles Coleman
2544 Ashford St
Philadelphia, PA 19153-1409

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order. Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT, Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures. | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL 1. Find an updated address and send the attached document to that address. 2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |
|---|---|
| Charles Coleman<br>BOX 33061<br>Philadelphia PA<br>19153 | |

Timothy B. McGrath
Clerk of Court
Date 5/19/22

5/19/22

Timothy B. McCrath

My address was Change to Box 33061. I Rec your letter few days late. Pls Consider.

I invested $1,014 and Purchase Items for My family and entrusted Mr. Tonneh Tokpah to deliver (Shipping) Those items Never reach. I saw from the Court.

Please ensure I get Paid/Refund

Charles Coleman
Cell- 267-361-9800
Job- 215-560-6928

FILED
MAY 23 2022
TIMOTHY MCGRATH, CLERK