*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tonneh Tokpah
Debtor(s)

Case No: 17−11029−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Change of Address and Document in re: Letter with Notice of Deadline to Object to Discharge Filed by Charles Coleman (related document(s)[99]). Hearing scheduled 6/16/2022 at 11:00 AM (telephonic hearing # to call in is 877−336−1828 access 7855846)

on: 6/16/22

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 5/25/22

Timothy B. McGrath
Clerk of Court

134 − 133
Form 167