United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-11029-mdc
Tonneh Tokpah  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: May 23, 2022  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Edwin V Barclay, Jr, 11402 Wheaton Hill Drive, Silver Spring, MD 20902-2720 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2022  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Tonneh Tokpah brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| MEGAN N. HARPER | on behalf of Creditor City of philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: May 23, 2022 | Form ID: pdf900 | Total Noticed: 1

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                        :          Bankruptcy No.17-11029-mdc
    Tonneh Tokpah
                                                              :
    Debtor                                             Chapter 13
                                                              :

### **NOTICE OF HEARING**

Document in re: Letter Objecting to the Notice of Discharge Filed by Edwin Barclay

HEARING SCHEDULED TELEPHONIC
PLEASE CALL IN ON 6/16/22 @ 11:00 a.m.

877-336-1828 access code 7855846

You may call the Courtroom Deputy with any questions

Eileen Godfrey 215-408-2819
and or e-mail at
eileen_godfrey@paeb.uscourts.gov

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tonneh Tokpah
    Debtor(s)

Case No: 17−11029−mdc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Document in re: Letter Objecting to the Notice of Discharge Filed by Edwin V Barclay Jr (related document(s)[99]). . Hearing scheduled 6/16/2022 at 11:00 AM (telephonic hearing # to call in is 877−336−1828 access 7855846)

on: 6/16/22

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 5/19/22

Timothy B. McGrath
Clerk of Court

130 − 129
Form 167