UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


In Re:                                                                    :
                                                        Bankruptcy No.17-11029-mdc
          Tonneh Tokpah
                                               :
              Debtor                                          Chapter 13
                                               :


## NOTICE OF HEARING


Document in re: Letter Objecting to the Notice of Discharge Filed by Charles Coleman

HEARING SCHEDULED TELEPHONIC
PLEASE CALL IN ON 6/16/22 @ 11:00 a.m.

877-336-1828 access code 7855846


You may call the Courtroom Deputy with any questions

Eileen Godfrey
215-408-2819
and or e-mail at
eileen_godfrey@paeb.uscourts.gov